UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT HEADRICK,

    Plaintiff,

v.                                          CASE NO: 8:07-cv-417-T-26TGW

LOUISVILLE LADDER,

    Defendant.
_____/

## O R D E R

Upon due consideration, it is ordered and adjudged that Defendant's Motion to Compel Discovery Responses (Dkt. 11) is conditionally granted. Plaintiff shall furnish Defendant responses to Defendant's first and second set of interrogatories and request for production of documents on or before August 3, 2007. If Plaintiff's counsel has a good faith reason as to why discovery has not been forthcoming in a timely manner as claimed by Defendant's counsel then he shall file a response to the motion on or before July 31, 2007.

**DONE AND ORDERED** at Tampa, Florida, on July 24, 2007.

                                      s/*Richard A. Lazzara*
                                      **RICHARD A. LAZZARA**
                                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record