**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ROBERT HEADRICK,

    Plaintiff,

v.                                                        CASE NO: 8:07-cv-417-T-26TGW

LOUISVILLE LADDER,

    Defendant.
_____/

**O R D E R**

    Upon due consideration, it is ordered and adjudged that Defendant's Renewed Motion to Compel More Complete Answers to Discovery (Dkt. 36) is denied without prejudice as premature. According to Defendant's motion, Plaintiff's counsel has orally represented that more complete answers will be forthcoming on or before November 30, 2007. Although Plaintiff's counsel has not entered into a written stipulation to that effect as requested by Defendant's counsel, the Court will give Plaintiff's counsel the benefit of his representation, now embodied in his response to Defendant's motion, that more complete answers will be furnished by November 30, 2007. Obviously, if Plaintiff's counsel fails to abide by this agreement or if Defendant is dissatisfied with the answers, Defendant is free to renew the motion, following which this Court will direct an expedited response and schedule an expedited hearing.

    **DONE AND ORDERED** at Tampa, Florida, on November 19, 2007.

                                           s/*Richard A. Lazzara*
                                           **RICHARD A. LAZZARA
                                           UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record